# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRUL LARUE ROBINSON,<br><br>                Petitioner,<br><br>     v.<br><br>T. GONZALEZ, Warden,<br><br>                Respondent. | Case No. CV 11-6787-DDP (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  June 11, 2012

                                                        DEAN D. PREGERSON<br>
                                                    UNITED STATES DISTRICT JUDGE